UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marion Rice, **Civil File No. 07-4544 DSD/JJG**

      Plaintiff,

vs. **STIPULATION OF DISMISSAL**

Viking Collection Service, Inc.

      Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

                **THE CONSUMER JUSTICE CENTER, P.A.**

Dated: 3/14.08        By s/Thomas J. Lyons, Jr.
                                Thomas J. Lyons, Jr. (#249646)
                                Attorneys for Plaintiff
                                367 Commerce Court
                                Vadnais Heights, MN  55127
                                651-770-9707

                                **BASSFORD REMELE**
                                *A Professional Association*

Dated: 2/22/08        By s/Michael A. Klutho
                                Michael A. Klutho (License #186302)
                                Attorneys for Defendant
                                33 South Sixth Street, Suite 3800
                                Minneapolis, Minnesota  55402-3707
                                (612) 333-3000