UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marion Rice,                                                 **Civil File No. 07-4544 DSD/JJG**

    Plaintiff,

vs.                                                                      **ORDER**

Viking Collection Service, Inc.

    Defendant.

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                                BY THE COURT

Dated: March 18, 2008                           s/David S. Doty
                                                             The Honorable David S. Doty
                                                             Judge of United States District Court